IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR COURT DESIGNS INC., | No. C 07-01929 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| NALEKA PEWTERWARE LLC, | |
| Defendant.                                    / | |

In accordance with the parties' joint case management conference statement, this action is referred to court-connected alternative dispute resolution for a hybrid process to be denominated mediation. The process shall incorporate the special provisions for copyright cases set forth in ADR Local Rule 5-9(b).

**IT IS SO ORDERED.**

Dated: Sep. 27, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\1929\ordereadr.wpd