UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR COURT DESIGNS,<br><br>Plaintiff,<br><br>v.<br><br>NALEKA PEWTERWARE, et al.<br><br>Defendants.<br>_____/ | No. C 07-01929 CRB<br><br>**ORDER DENYING DEFENDANT NALEKA PEWTERWARE'S REQUEST TO HAVE SECOND INSUROR REPRESENTATIVE APPEAR AT ADR EVENT BY TELEPHONE** |

The Court has received and reviewed the written submissions from the parties regarding Defendant's request for a representative from one of its insurors to appear at an upcoming ADR event by telephone. Because Defendant's insurance representative's "unforeseen, unavoidable conflict" (*see* Defendant's Letter to Judge Wayne D. Brazil, dated November 7, 2007), has not been explained at all, Defendant's request is DENIED. An unidentified "conflict" cannot be deemed "an extraordinary or otherwise unjustifiable hardship." ADR L.R. 6-9(d).

IT IS SO ORDERED.

Dated: 11-16-07  _____
WAYNE D. BRAZIL
United States Magistrate Judge

1