UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARTHUR COURT DESIGNS,  No. C 07-01929 CRB

Plaintiff,

**ORDER DENYING DEFENDANTS'
REQUEST FOR
RECONSIDERATION**

v.

NALEKA PEWTERWARE, et al.

Defendants.

/

In a prior Order, the undersigned denied Defendant Naleka Pewterware's request to allow a representative from one of its insurors to appear at an upcoming ADR event by telephone. Defendants have now filed a Request for the Court to Reconsider its prior Order.

The Court has reviewed and considered the additional information provided by Defendants and again DENIES Defendants' request to have a representative from one of its insurors appear by phone. In its original Order, the Court noted that the insurance representative's "unforeseen, unavoidable conflict" (*see* Defendant's Letter to Judge Wayne D. Brazil, dated November 7, 2007), had not been explained at all and, thus, that Defendants had not proven "an extraordinary or otherwise unjustifiable hardship." ADR L.R. 6-9(d). Though counsel for Defendants now has provided in its Request for Reconsideration further information regarding the nature of the unforeseen conflict, the conflict presented does not rise to the level of "an extraordinary or otherwise unjustifiable hardship," as contemplated by ADR L.R. 6-9(d).

IT IS SO ORDERED.

Dated: 11 – 20 – 07

WAYNE D. BRAZIL
United States Magistrate Judge