MARTIN NICOLAUS, State Bar No. 124461
NICOLAUS LAW OFFICE
1342 California Street
Berkeley, CA 94703
Tel: (510) 526-6946
Fax: (510) 868-0588
E-mail: martin@nicolaus.com

*Attorney for Plaintiff ARTHUR COURT DESIGNS, INC.*

JEFFREY K. LEE, State Bar No. 212465
KIMBERLY A. DONOVAN, State Bar No. 160729
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA 94043
Phone No.: (650) 428-3900
Fax No.: (650) 428-3901
Email: jlee@gcalaw.com
Email: kdonovan@gcalaw.com

*Attorneys for Defendants NALEKA PEWTERWARE LLC and MARGIE BALL*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR COURT DESIGNS INC.<br><br>Plaintiff,<br><br>vs.<br><br>NALEKA PEWTERWARE LLC, d/b/a NALEKA WHOLESALE PEWTERWARE and d/b/a NALEKA WHOLESALE.COM, MARGIE BALL, BONUS SPECIALTY CORPORATION, and DOES 1 to 25,<br><br>Defendants | No. C07-01929-CRB<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>The Hon. Charles R. Breyer |

Case No.: C07-01929
Stipulation of Dismissal

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff ARTHUR COURT DESIGNS INC., and Defendants NALEKA PEWTERWARE LLC and MARGIE BALL stipulate to dismissal of the above-captioned matter, in its entirety, with prejudice.

No parties other than the undersigned have appeared in this action.

Each party shall bear its own costs and attorney fees.

Respectfully submitted,

*[signature: Martin Nicolaus]*

DATED: December 29, 2007

MARTIN NICOLAUS, State Bar No. 124461
NICOLAUS LAW OFFICE

*Attorney for Plaintiff ARTHUR COURT DESIGNS, INC.*

*[signature: Jeffrey K. Lee]*

DATED: January 9, 2008

JEFFREY K. LEE, State Bar No. 212465
KIMBERLY A. DONOVAN, State Bar No. 160729
GCA LAW PARTNERS LLP

*Attorneys for Defendants NALEKA PEWTERWARE LLC and MARGIE BALL*

IT IS SO ORDERED,

DATED: January 11, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

Case No.: C07-01929
Stipulation of Dismissal

-2-

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900